**Troy MOSES, Plaintiff–Appellant,**

v.

**Nurul CHOWDHURY, M.D.; P.A. Hamu, Defendants–Appellees.**

No. 02–7306.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 15, 2002.

Troy Moses, Appellant Pro Se. Philip Melton Andrews, George Eugene Brown, Kramon & Graham, Baltimore, Maryland, for Appellees.

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Troy Moses appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Moses v. Chowdhury,* No. CA–02–855–JFM (D.Md. Aug. 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*